No. 7,165.—HUGH HAMILTON, Appellant, *v.* JAMES KOCHEL, Sheriff, et al., Respondents.

Decided July 6, 1933.

PER CURIAM.—Respondents' motion to dismiss the appeal herein on the ground that no transcript on appeal had ever been filed is sustained and the appeal is dismissed.

*Mr. George J. Murphy,* for Respondents.

No. 7,170.—JAMES E. EVANS, Respondent, *v.* INDUSTRIAL ACCIDENT BOARD, Appellant.

Decided September 27, 1933.

PER CURIAM.—Pursuant to praecipe of dismissal filed by counsel for appellant, the appeal herein is dismissed, the cause having been fully settled.

*Mr. Raymond T. Nagle,* Attorney General, for Appellant.

(606)